# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

158770

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK CARTER,
      Defendant-Appellant.
_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158770
COA: 345504
Wayne CC: 12-000953-FC;
12-005075-FC

      On order of the Court, the application for leave to appeal the October 10, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals. That court shall treat the defendant's application for a delayed appeal as having been filed within the deadline set forth in MCR 7.205(G) and shall decide whether to grant, deny, or order other relief, in accordance with MCR 7.205(E)(2).



a0529

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



Clerk